AO 440 (Rev 1/90) Summons in a Civil Action

3

FRANK M. TOLLEY

| RETURN OF SERVICE CAB-02-87 |
|---|
| Service of the Summons and Complaint was made by me | DATE June 13, 2002 |
| NAME OF SERVER (Print) David Robinson | TITLE Revenue Officer |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 129/135 E. Bahama, South Padre Island, Texas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (Specify): _____

United States District Court
Southern District of Texas
FILED
JUL 0 1 2002
Michael N. Milby
Clerk of Court

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 13, 2002        David Robinson
              Date                   Signature of Server

2701 S. 77 Sunshine Strip
Harlingen, Texas 78550
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent by mail on June 27, 2002 to:

Frank M. Tolley, also known as
Frank Donzella, individually and
on behalf of Foxrun & Co., his nominee
129/135 E. Bahama
South Padre Island, Texas 78520

　　　　　　　　　　　　　　Ramona S. Notinger