IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | *  CIVIL NO. B-02-087 |
| FRANK M. TOLLEY, also known as FRANK DONZELLA, individually and on behalf of FOXRUN & CO., his nominee, | * |
| Defendant. | * |

### UNITED STATES' CERTIFICATE OF INTERESTED PARTIES

Plaintiff United States of America files this certificate regarding interested parties, to disclose known persons and entities with a financial interest in the outcome of this litigation, as follows:

United States of America certifies to the Court that the following are financially interested or may be financially interested in the outcome of this litigation:

1. Plaintiff the United States of America;

2. Defendant Frank M. Tolley, also known as Frank Donzella, individually and on behalf of Foxrun & Co., his nominee.

Respectfully submitted,

*Ramona P Lotinger*
Ramona S. Notinger, SB# 19158900
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9766 telephone
(214) 880-9742 fax

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

ATTORNEYS FOR UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent by mail on June 27, 2002 to:

Frank M. Tolley, also known as
Frank Donzella, individually and
on behalf of Foxrun & Co., his nominee
129/135 E. Bahama
South Padre Island, Texas 78520

_Ramona S. Notinger_
Ramona S. Notinger