UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | CIVIL ACTION NO. B02-087 |
| | § | |
| FRANK M. TOLLEY, also known as FRANK DONZELLA, individually and On behalf of FOXRUN & CO., his nominee | | |
| **Defendant.** | § | |

### DEFENDANT'S ORIGINAL ANSWER

**NOW COMES** Defendant, FRANK M. TOLLEY, also known as FRANK DONZELLA, individually and on behalf of FOXRUN & CO., his nominee, named Defendants in the above-entitled and numbered cause, and files this Original Answer, and shows the Court:

I.

Defendant admits the allegations set out in Paragraph 1.

Defendant admits the allegations set out in Paragraph 2.

Defendant admits the allegations set out in Paragraph 3.

Defendant admits the allegations set out in Paragraph 4.

Defendant admits the allegations set out in Paragraph 5.

Defendant denies the allegations that are set out in Paragraph 6.

Defendant admits the allegations set out in Paragraph 7.

Defendant denies the allegations set out in Paragraph 8.

Defendant denies the allegations set out in Paragraph 9.

Defendant admits the allegations set out in Paragraph 10.

Defendant admits the allegations set out in Paragraph 11.

Defendant denies the allegations set out in Paragraph 12.

Defendant denies the allegations set out in Paragraph 13.

Defendant denies the allegations set out in Paragraph 14.

Defendant denies the allegations set out in Paragraph 15.

Defendant denies the allegations set out in Paragraph 16.

Defendant admits the allegations set out in Paragraph 17.

Defendant denies the allegations set out in Paragraph 18.

Defendant denies the allegations set out in Paragraph 19 of Plainitiff's Original Petition, and demands strict proof thereof.

## PRAYER

Defendant prays the Court, and after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

By: _____
Richard S. Hoffman
Texas Bar No. 09787200   ADM# 6147
1718 Boca Chica Blvd.            6147
Brownsville, Texas 78520
Tel. (956)544-2345

Fax (956)982-1909
Attorney for Defendant
FRANK M. TOLLEY, also know as FRANK DONZELLA, individually and on behalf of FOXRUN & CO., his nominee.

## CERTIFICATE OF SERVICE

I certify that on July /___, 2002, a true and correct copy of Defendant's Original Answer was served by certified mail, return receipt requested on Ramona S. Notinger, U.S. Department of Justice / Tax Division 717 Harwood Street, Suite 400, Dallas, Texas 75201.

_____
Richard S. Hoffman