IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO. B-02-087 |
| | * | |
| FRANK M. TOLLEY, also known as | * | |
| FRANK DONZELLA, individually and | * | |
| on behalf of FOXRUN & CO., his nominee, | * | |
| | * | |
| Defendant. | * | |

United States District Court
Southern District of Texas
FILED

AUG 2 3 2002

Michael N. Milby
Clerk of Court

## UNITED STATES' SUPPLEMENT TO ITS MOTION TO AMEND ITS COMPLAINT, and SUPPORTING BRIEF

Plaintiff United States of America files this Supplement to its Motion to amend its original Complaint against Defendant Frank M. Tolley, also known as Frank Donzella, individually and on behalf of Foxrun & Co., his nominee, and supporting brief, as follows:

United States adds as co-counsel for the Government in this case the following:

Nancy L. Masso, Esq.
Assistant United States Attorney
Southern District - Texas Bar No. 10263
Texas Bar No. 00800490
United States Attorney's Office
600 E. Harrison Street, No. 201
Brownsville, Texas   78520
(956) 548-2554 (telephone)
(956) 548-2549 (fax)

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant United States Attorney
Southern District - Texas Bar No. 10263
Texas Bar No. 00800490
United States Attorney's Office
600 E. Harrison Street, No. 201
Brownsville, Texas  78520
(956) 548-2554 (telephone)
(956) 548-2549 (fax)

RAMONA S. NOTINGER
Texas Bar No. 19158900
U.S. Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas  75201
(214) 880-9766 (telephone)
(214) 880-9742

ATTORNEYS FOR UNITED STATES

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing has been faxed on August 23rd, 2002, to:

Richard S. Hoffman, Esq.          VIA FAX 956/982-1909
1718 Boca Chica Blvd.
Brownsville, Texas 78520

Nancy L. Masso