IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED

AUG 2 6 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| Plaintiff, * | |
| * | |
| vs. * | CIVIL NO. B-02-087 |
| * | |
| FRANK M. TOLLEY, etc., * | |
| Defendant. * | |

### UNITED STATES' NOTICE OF SOUTHERN DISTRICT OF TEXAS BAR NUMBER OF LEAD COUNSEL OF RECORD

Plaintiff United States of America files this Notice of the United States District Court for the Southern District of Texas Bar Number of Ramona S. Notinger, lead counsel of record for the United States. The Southern District of Texas Bar Number for Ms. Notinger is 204.

MICHAEL T. SHELBY
United States Attorney

RAMONA S. NOTINGER
Southern District - Texas Bar No. 204
Texas Bar No. 19158900
U.S. Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9766 fax: (214) 880-9742

NANCY L. MASSO, Asst. U.S. Attorney
Southern District - Texas Bar No. 10263
Texas Bar No. 00800490
United States Attorney's Office
600 E. Harrison Street, No. 201
Brownsville, Texas 78520
(956) 548-2554 fax: (956) 548-2549

ATTORNEYS FOR UNITED STATES

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing has been mailed on August 23, 2002, to:

Richard S. Hoffman, Esq.
1718 Boca Chica Blvd.
Brownsville, Texas 78520

Nancy L. Masso, Esq.
Asst. U.S. Attorney
600 E. Harrison Street, No. 201
Brownsville, Texas 78520

_____
Ramona S. Notinger