IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO. B-02-087 |
| | * | |
| FRANK M. TOLLEY, also known as | * | |
| FRANK DONZELLA, individually and | * | |
| on behalf of FOXRUN & CO., his nominee, | * | |
| | * | |
| Defendant. | * | |

## UNITED STATES' NOTICE OF SERVICE OF ITS INITIAL DISCLOSURES

Plaintiff United States of America hereby gives notice that on September 10, 2002, it served its initial disclosures upon Defendant Frank M. Tolley through his counsel pursuant to Federal Rule of Civil Procedure 26(a)(1).

*[signature]*
RAMONA S. NOTINGER
Attorney, Tax Division
Texas Bar No. 19158900
Southern District - Texas Bar No. 204
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9766/9721
(214) 880-9741/9742 fax

MICHAEL T. SHELBY
United States Attorney

ATTORNEYS FOR UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was faxed on September /0 , 2002 to:

Richard S. Hoffman, Esq.                                VIA FAX 956/982-1909
1718 Boca Chica Blvd.
Brownsville, Texas 78520


_____
Ramona S. Notinger

NOTICE OF INITIAL DISCLOSURES -- Page 2
Notinger\Tolley\disclosure.not