IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | **CIVIL NO. B-02-087** |
| | * | |
| **FRANK M. TOLLEY, also known as** | * | |
| **FRANK DONZELLA, individually and** | * | |
| **on behalf of FOXRUN & CO.,** | * | |
| **Defendant.** | * | |

### UNITED STATES' NOTICE OF BANKRUPTCY
### OF DEFENDANT FRANK M. TOLLEY

Plaintiff United States of America files this notice of the bankruptcy of Defendant Frank M. Tolley, whose pre-petition federal tax liabilities are sought to be collected through this case, and requests that all deadlines in this case be vacated until Tolley's bankruptcy case can be dismissed or the bankruptcy automatic stay can be lifted, as follows:

On Monday, August 5, 2002, the United States noticed Tolley's bankruptcy, to occur on September 16, 2002, the same day as the initial pre-trial and scheduling conference in this case. On Friday, September 13, 2002, the United States received a copy of a letter from Tolley's attorney attached as **Government Exhibit 1**, stating that on September 13, 2002, Tolley filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code, Case No. 02-10787-B-7, in the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division, as shown by the docket sheet attached as **Government Exhibit 2**. Therefore, under Bankruptcy Code [11 U.S.C.] § 362(a), there is an automatic stay in effect that precludes the continuation of this case against Tolley at this time, because through this case, the United States seeks to collect Tolley's pre-petition federal tax

debts and a judicial sale of Tolley's residence, titled to Foxrun & Co., his nominee. However, the United States intends to move to dismiss Tolley's bankruptcy case or move to lift the automatic stay in Tolley's bankruptcy case, and expects to proceed with this case within the next 60-90 days. After the Bankruptcy Court dismisses, or lifts the automatic stay in, Tolley's bankruptcy case, the United States will notify this Court and request permission for this case to proceed.

For these reasons, the United States seeks to vacate any deadlines in this matter, requests that this case be stayed until after Tolley's bankruptcy case is dismissed or the automatic stay is lifted in Tolley's bankruptcy case, and other appropriate relief.

MICHAEL T. SHELBY
United States Attorney

RAMONA S. NOTINGER
So. District-Texas Federal Bar No. 204
Texas Bar No. 19158900
U.S. Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9766 fax: (214) 880-9742

ATTORNEYS FOR UNITED STATES

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been mailed on September 19, 2002, to:

Richard S. Hoffman, Esq.
1718 Boca Chica Blvd.
Brownsville, Texas 78520

Nancy L. Masso, Esq.
Asst. U.S. Attorney
600 E. Harrison Street, No. 201
Brownsville, Texas 78520

Ramona S. Notinger

NOTICE OF BANKRUPTCY -- Page 2
Notinger\Tolley\bankruptcy.not.wpd

# ANDARZA, DE COSS & HOFFMAN, P.C.

ATTORNEYS
500 W. 16th Street, Suite 103
Austin, TX 78701
(512) 322-9800 * (512) 322-9802 fax

September 13, 2002

<u>Via Facsimile No. 214-880-9742</u>
Ramona S. Notinger
US Department of Justice / Tax Division
717 N. Harwood, Suite 400
Dallas, TX 75201

RE:  Debtors:          Frank Tolley
     Bankruptcy No:    02-10787-B-7
     Date of filing:   September 13, 2002

Dear Sirs:

This is written notification that on September 13, 2002, the above-named debtor(s) filed for protection under Chapter 7 of the U.S. Bankruptcy Code, in the U.S. Bankruptcy Court for the Southern District of Texas, Brownsville Division.

You will receive notice from the Court in the near future, but for the interim period this is to notify you that the filing of the Petition by the Debtor(s) named above operates as an automatic stay, as provided in 11 U.S.C. 362(A) of the commencement or the continuation of any court proceeding to enforce any lien on the property of the Debtor(s); or in any act to obtain possession of the property of the Debtor(s); or any act to collect, harass or recover a claim against the Debtor(s).

Be advised that before you execute on any order of another Court, contact this office in regards to your claim. This matter is now under the jurisdiction of the Federal District Court, Bankruptcy Division and you must respond accordingly as to the stay invoked on the Debtor(s).

**This office can provide you with a copy of the Debtor(s) Petition for a fee of $25.00, make check payable to Andarza, DeCoss & Hoffman.**

Sincerely,

Richard S Hoffman


GOVERNMENT EXHIBIT 1

RSH/ejs

**FEEDUE**

## U.S. Bankruptcy Court
## Southern District of Texas (Brownsville)
## Bankruptcy Petition #: 02-10787

*Assigned to:* Richard S. Schmidt
Chapter 7
Voluntary
No asset

*Date Filed:* 09/13/2002

**Frank M Tolley**
PO Box 3732
South Padre Island, TX 78597
SSN: 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
*Debtor*

represented by **Richard S Hoffman**
Attorney at Law
1718 Boca Chica Blvd
Brownsville, TX 78520
956-544-2345
Fax : 956-982-1909
Email: rhoff88302@aol.com

**Michael B Schmidt**
712 American Bank Plaza
Corpus Christi, TX 78475
361-884-9949
*Trustee*

**US Trustee**
606 N Carancahua
Corpus Christi, TX 78476
*U.S. Trustee*



GOVERNMENT EXHIBIT 2

| Filing Date | # | Docket Text |
|---|---|---|
| 09/13/2002 | 1 | Chapter 7 Voluntary Petition. Receipt Number O, Fee Amount $200. Filed by Frank M Tolley. (Hoffman, Richard) (Entered: 09/13/2002) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 09/13/2002 15:29:42 |||||
| PACER Login: | dj0040 | Client Code: | | |
| Description: | Docket Report | Case Number: | 02-10787 ||
| Billable Pages: | 1 | Cost: | 0.07 ||



**U.S. Department Of Justice**

*Tax Division*

---

EJO'C:LPH:RSNotinger
DJ: 5-74-13495
CMN: 2002102269

717 N. Harwood
Suite 400
Dallas, Texas 75201

Main Line: (214) 880-9721
Attorney's Direct Line:
(214) 880-9766
Fax: (214) 880-9741/9774

September 19, 2002

MAIL

United States District Court
Southern District of Texas
RECEIVED

SEP 2 3 2002
12:54 pm
Michael N. Milby, Clerk

Michael N. Milby, Clerk
United States District Court
Southern District of Texas
600 East Harrison Street, Room 101
Federal Building
Brownsville, Texas 78520

Re:  United States v. Frank M. Tolley
     Civil No. **B-02-087**  (DC SD TX, Brownsville Div.)

Dear Mr. Milby:

Enclosed are the original and two copies of the United States' Notice of Bankruptcy of Defendant Frank M. Tolley in the referenced case. Please file the original, and return a file-stamped copy in the enclosed envelope. Should you have any questions, please contact me at (214) 880-9766. Thanks for your assistance.

Sincerely yours,

RAMONA S. NOTINGER
Trial Attorney
Civil Trial Section
Southwestern Region

Enclosures
cc:  Parties on Certificate of Service
     (w/encl.)