IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| Plaintiff, * | |
| * | |
| vs. * | CIVIL NO. B-02-087 |
| * | |
| FRANK M. TOLLEY, also known as * | |
| FRANK DONZELLA, individually and * | |
| on behalf of FOXRUN & CO., * | |
| Defendant. * | |

## UNITED STATES' UNOPPOSED MOTION TO REOPEN CASE, and SUPPORTING BRIEF

Per Federal Rule of Civil Procedure 16, Plaintiff United States of America files this unopposed motion to reopen case, and supporting brief, as follows:

On September 13, 2002, Defendant Frank M. Tolley filed a personal bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division, Case No. 02-10787-7. On or about September 20, 2002, the United States filed a Notice of Bankruptcy of Defendant Frank M. Tolley, because he is a debtor in that bankruptcy case.

On November 8, 2002, Honorable Richard Schmidt, United States Bankruptcy Judge, entered an Order lifting the automatic stay in Tolley's bankruptcy case. A true copy of this Order is attached as **Government Exhibit 1.** Due to the entry of this Order, the United States moves this Court to allow this case to proceed, enter an order scheduling the initial pretrial and scheduling conference before the Court, and enter the agreed order previously submitted or the order filed with this motion, allowing the United States to file an amended complaint.

As shown by the Agreed Order attached hereto, the United States believes there is no opposition to this motion. A proposed order is being submitted with this motion.

For these reasons, this Motion should be granted; this case should be reopened, an initial pretrial and scheduling conference should be set, the agreed order allowing the United States to amend its complaint or the order submitted with this motion should be signed, and other appropriate relief to the United States.

MICHAEL T. SHELBY
United States Attorney

*/s/ Ramona S. Notinger*
RAMONA S. NOTINGER
Attorney, Tax Division
Texas Bar No. 19158900
So. District-Texas Federal Bar No. 204
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9766 fax: (214) 880-9742

ATTORNEYS FOR UNITED STATES

### CERTIFICATE OF CONFERENCE

I hereby certify that, prior to filing this motion, I left word for Richard Hoffman, attorney for Defendant Frank Tolley, to call me. However, as of the time the motion is being mailed to the Court for filing, I have not heard back from Mr. Hoffman. However, because Mr. Hoffman signed the attached agreed order lifting the stay and allowing the United States to proceed in this case, this motion appears to be unopposed.

*/s/ Ramona S. Notinger*
Ramona S. Notinger

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the foregoing has been mailed on November 18, 2002,

to:

Richard S. Hoffman, Esq.
1718 Boca Chica Blvd.
Brownsville, Texas 78520

Nancy L. Masso, Esq.
Asst. U.S. Attorney
600 E. Harrison Street, No. 201
Brownsville, Texas 78520

_____
Ramona S. Notinger

RECEIVED
DEPARTMENT OF JUSTICE
TAX DIVISION

NOV 1 8 2002

CIVIL TRIAL SECTION
SOUTHWESTERN REGION

RSN

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FRANK M. TOLLEY, | * | CASE NO. 02-10787-7 |
| | * | |
| DEBTOR. | * | CHAPTER 7 |

### AGREED ORDER LIFTING STAY AS TO UNITED STATES, CANCELING NOVEMBER 6, 2002 HEARING ON UNITED STATES' MOTION TO LIFT AUTOMATIC STAY, and DETERMINING NON-DISCHARGEABILITY OF DEBTOR'S INCOME TAX

This matter came before the Court on the Motion to Lift Stay filed by the United States (Internal Revenue Service), after due notice to all interested parties, and there being no objection to the Motion, and the parties being in agreement that the stay should be lifted as to the United States only, the Court determined that the Motion should be granted. Thus,

IT IS ORDERED that the automatic stay imposed by 11 U.S.C. § 362 is lifted as to the United States only, to allow the United States to proceed in the United States District Court for the Southern District of Texas, Brownsville Division, in the case styled <u>United States of America vs. Frank M. Tolley, etc.</u>; Civil No. B-02-087.

IT IS FURTHER ORDERED that the November 6, 2002 hearing on the United States' Motion to Lift Automatic Stay is cancelled.

IT IS FURTHER ORDERED that Debtor Frank M. Tolley's federal income (1040) tax and interest thereon for tax years 1989, 1990, and 1991 is non-dischargeable under 11 U.S.C. § 523, but the penalty pertaining to this tax is dischargeable.

<u>AGREED ORDER LIFTING STAY</u> -- Page 1


GOVERNMENT EXHIBIT
1

IT IS FURTHER ORDERED that federal tax liens filed against Debtor Frank M. Tolley pre-petition pass through and survive any Chapter 7 discharge entered in this case, and remain enforceable in rem against any property in which the Debtor had an interest as of the September 13, 2002 petition date.

SIGNED this ___ day of __NOV 0 8 2002__, 2002.

_____
UNITED STATES BANKRUPTCY JUDGE

AGREED ORDER LIFTING STAY – Page 2

005267

AGREED AS TO FORM, SUBSTANCE AND ENTRY:

*[signature: Richard D. Hoffman by Ramona S. Notinger]*
RICHARD S. HOFFMAN, Attorney for Debtor *(with permission)*
Frank M. Tolley

*[signature: Ramona S. Notinger]*
RAMONA S. NOTINGER, Attorney for
United States (Internal Revenue Service)

**AGREED ORDER LIFTING STAY** – Page 3

005267   81704005278026

,/2002 18 50 FAX                    ANDARZA,DECOSS & HOFFMAN                    ☒004/005
04/02  MON 17:01 FAX 214 880 9742   DOJ TAX DIVISION                            ☒004

AGREED AS TO FORM, SUBSTANCE AND ENTRY:

_____
RICHARD S. HOFFMAN, Attorney for Debtor
Frank M. Tolley


_____
RAMONA S. NOTINGER, Attorney for
United States (Internal Revenue Service)

**AGREED ORDER LIFTING STAY** – Page 3

005267

AFTER ENTRY, PLEASE SEND A COPY OF THIS ORDER TO:

Richard S. Hoffman, Esq.
1718 Boca Chica Blvd.
Brownsville, Texas 78520

Ramona S. Notinger, Esq.
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Michael B. Schmidt, Esq.
Chapter 7 Trustee
712 American Bank Plaza
Corpus Christi, Texas 78475

AGREED ORDER LIFTING STAY -- Page 4

005267   81704005278035

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| Plaintiff, * | |
| vs. * | CIVIL NO. B-02-087 |
| * | |
| FRANK M. TOLLEY, etc., * | |
| Defendant. * | |

ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO REOPEN CASE

Defendant United States filed a motion to reopen this case because the automatic stay imposed by 11 U.S.C. § 362 was lifted through an agreed order of the parties. The Court, being of the opinion that the motion is meritorious for the reasons stated therein and is unopposed, entered this Order. Accordingly,

**IT IS ORDERED** that the United States' Motion to Reopen Case is granted; this case is reopened and no longer stayed because the automatic stay in Defendant Frank M. Tolley's bankruptcy case was lifted.

**IT IS FURTHER ORDERED** that the United States' unopposed Motion to Amend its Complaint is granted, and the United States may file an amended Complaint in this case, within fourteen days of the receipt by its counsel of a signed copy of this Order.

**IT IS FURTHER ORDERED** that counsel shall appear for an initial pretrial and scheduling conference before Judge Hilda Tagle on the ____ day of _____, 200__, at _____ o'clock __.m. at the United States Courthouse, 600 E. Harrison Street, Brownsville, Texas 78520.

**SIGNED** this ___ day of _____, 2002.

_____
**UNITED STATES DISTRICT JUDGE**

**AFTER ENTRY OF THIS ORDER, THE CLERK IS REQUESTED TO MAIL A COPY TO:**

Ramona S. Notinger, Esq.
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Richard S. Hoffman, Esq.
1718 Boca Chica Blvd.
Brownsville, Texas 78520

Nancy L. Masso, Esq.
Asst. U.S. Attorney
600 E. Harrison Street, No. 201
Brownsville, Texas 78520