IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| v. | §  CIVIL ACTION NO. B-02-087 |
| FRANK M. TOLLEY, also known as FRANK DONZELLA, individually and FOXRUN & CO., his nominee | § § § § |
| Defendant. | § § |

## ORDER

BE IT REMEMBERED that on December 6, 2002, the Court **GRANTED** Plaintiff's Unopposed Motion To Reopen Case [Dkt. No. 12] based on United States Bankruptcy Judge Richard Schmidt's Order Lifting Stay.

FURTHERMORE, the Court **GRANTED** Plaintiff's Motion To Amend Its Complaint [Dkt. No. 6] and **GRANTED** Plaintiff's Supplement To Its Motion To Amend Its Complaint [Dkt. No. 7]. The Clerk of the Court shall file as a separate docket entry Plaintiff's Amended Complaint attached to Plaintiff's Motion To Amend Its Complaint [Dkt. No. 6].

FURTHERMORE, counsel for the parties shall appear for an Initial Pretrial Conference on December 16, 2002, at 3:00 p.m.

DONE at Brownsville, Texas, this 6th day of December 2002.

Hilda G. Tagle
United States District Judge