IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO. B-02-087 |
| | * | |
| FRANK M. TOLLEY, also known as | * | |
| FRANK DONZELLA, individually and | * | |
| on behalf of FOXRUN & CO., | * | |
| Defendant. | * | |

United States District Court
Southern District of Texas
FILED

DEC 1 7 2002

Michael N. Milby
Clerk of Court

## UNITED STATES' NOTICE OF SETTLEMENT

Plaintiff United States of America files this notice of the settlement of this case with Defendant Frank M. Tolley. In conjunction with this notice, the United States is filing an Agreed Judgment signed by the parties to this case. The United States requests that the Court allow this case to remain open to enforce the terms of the Judgment.

MICHAEL T. SHELBY
United States Attorney

*(signature)*
RAMONA S. NOTINGER
So. District-Texas Federal Bar No. 204
Texas Bar No. 19158900
U.S. Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9766 fax: (214) 880-9742

ATTORNEYS FOR UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been mailed on December _16_, 2002, to:

Richard S. Hoffman, Esq.
1718 Boca Chica Blvd.
Brownsville, Texas 78520

Nancy L. Masso, Esq.
Asst. U.S. Attorney
600 E. Harrison Street, No. 201
Brownsville, Texas 78520

Bruce Wilpon, Esq.
Office of Chief Counsel
Internal Revenue Service
300 E. 8th Street, Suite 601
Austin, Texas 78701

_Ramona S. Notinger_
Ramona S. Notinger

NOTICE OF SETTLEMENT -- Page 2
Notinger\Tolley\settlement.notice.wpd