IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO. B-02-087 |
| | * | |
| FRANK M. TOLLEY, ETC., | * | |
| | * | |
| Defendant(s). | * | |

## AGREED JUDGMENT AGAINST FRANK M. TOLLEY

Plaintiff United States of America filed this lawsuit against Frank M. Tolley, also known as Frank Donzella, individually and on behalf of Foxrun & Co., his nominee, to reduce to judgment Tolley's 1989, 1990, and 1991 federal income tax liability, to set aside a fraudulent transfer of Tolley's residence to Foxrun & Co., his nominee, to foreclose federal tax liens on this property that is described below, for a judicial sale of the property, and to receive a deficiency judgment for any unpaid tax liability not satisfied by the sale of the property. Thereafter, Plaintiff filed an unopposed motion to amend its complaint to add a request for a judicial sale of property located in Dallas County, Texas that is described below; the Court granted that motion, and allowed the United States to file its amended complaint. Through this agreed judgment, the parties have announced to the Court a settlement of this case on the terms described below. Therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the Court finds that Defendant Frank M. Tolley is indebted to the United States in the amount of **$572,985**, for his unpaid federal income (1040) taxes for tax years 1989, 1990, and 1991, plus interest as provided by law from May 31, 2002 until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parcel of real property described herein is owned by Defendant Frank M. Tolley, and Foxrun & Co. merely holds title to such property as a nominee of Defendant Frank M. Tolley such property being located at 135 E. Bahama in South Padre Island, Texas, more particularly described as follows:

**The property in question consists of real property located at the north half of Russell-Champion Subdivision, South Padre Island, Cameron County, Texas. It is on the corner of Bahama and Gulf Boulevard, South Padre Island, Texas.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court hereby sets aside the conveyance of the real property described above that was transferred by Defendant Frank M. Tolley, Foxrun & Co., nominee, is divested of title to this property and title to this property is re-vested in Frank M. Tolley.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States has valid liens on the real property described above that is held in the name of Foxrun & Co., nominee of Frank M. Tolley; the Court orders the foreclosure of such liens, that such property shall be sold by the United States Marshal or a receiver in accordance with the law and practice of this Court, and that the net sales proceeds of such sale be distributed in accordance with rights of the United States of America.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-described real property shall be sold and the net sales proceeds distributed in accordance with the interest of the United States of America and applied to the 1989, 1990, and 1991 federal income (1040) tax liability of Defendant Frank M. Tolley that is reduced to judgment herein, after payment of reasonable costs of sale.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, Frank M. Tolley, individually and on behalf of Caddo & Co., his nominee, having quit-claimed to the United States of America his interest in the real property located at 4472 Chaha Road, Unit 103, in Garland, Dallas County, Texas 75043 (with the legal description on the attached **Exhibit 1**), the Court orders the foreclosure sale of such property, that such property shall be sold by the United States Marshal or a receiver in accordance with the law and practice of this Court, and the net sales proceeds of such sale shall be applied to the 1989, 1990, and 1991 federal income (1040) tax liability of Frank M. Tolley.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court will enter further orders as necessary to implement this judgment.

SIGNED THIS 19th day of December, 2002.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM, SUBSTANCE AND ENTRY:


_____
RAMONA S. NOTINGER, Attorney for
United States (Internal Revenue Service)


_____
RICHARD S. HOFFMAN, Attorney for Defendant
Frank M. Tolley


_____
FRANK M. TOLLEY

**EXHIBIT 1**

**Unit 103, Building V, and an undivided 0.4417% interest in the common elements of Faulkner Point Condominium, a condominium regime in the City of Garland, Dallas County, Texas, according to the declaration and Master Deed recorded in Volume 80172, Page 3996, Condominium Records, Dallas County, Texas, refiled and re-recorded in Volume 80178, Page 2354, Condominium Records, Dallas County, Texas, and supplemental declarations recorded in Volume 80241, Page 673, Deed Records, Dallas County, Texas, and Volume 81073, Page 1301, Deed Records, Dallas County, Texas and supplemental declarations recorded in Volume 81149, Page 2074, Deed Records, Dallas County, Texas, and supplemental declarations recorded in Volume 81210, Page 2406, Deed Records, Dallas County, Texas, and otherwise known as 4472 Faulkner Point Drive, #103, Garland, Texas 75043.**