# ABSTRACT OF JUDGMENT

## NOTICE

United States District Court
Southern District of Texas
FILED

OCT 1 8 2004

Michael N. Milby
Clerk of Court

Pursuant to Title 28, United States Code, § 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens of encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall related back to the date the judgment is filed.

| Names and Address of Party against whom judgment has been obtained | Names of Party in whose favor judgment has been obtained |
|---|---|
| Frank M. Tolley<br>[also known as Frank Michael Tolley]<br>Texas Driver's License No. 007744298 | UNITED STATES OF AMERICA<br><br>CASE NO. B-02-CV-087 |

| Amount of Judgment | Names of Creditor's Attorney | When Docketed |
|---|---|---|
| $572,985, plus interest, less payments and credits. | Ramona S. Notinger<br>Trial Attorney<br>U.S. Department of Justice<br>Tax Division<br>717 N. Harwood, Suite 400<br>Dallas, Texas 75201<br>(214) 880-9766 | December 19, 2002 |

**UNITED STATES DISTRICT CLERK'S OFFICE**          **U.S. DISTRICT COURT FOR THE**
                                                    **SOUTHERN DISTRICT OF TEXAS**
                                                    **BROWNSVILLE DIVISION**

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered by this Court.

Record this abstract of judgment
and return it to: Ramona S. Notinger
U.S. Department of Justice, Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Date, October 18, 2004

By _____ Deputy Clerk.