IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States
Southern District
OF
NOV 1 2 2004
Michael N.
Clerk of C...
United States District Court
Southern District of Texas
FILED
NOV 1 2 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | §<br>§<br>§ |
| V. | § CIVIL NO. B-02-087 |
| FRANK M. TOLLEY<br>Defendant. | §<br>§<br>§<br>§ |

### NOTICE OF NON-REPRESENTATION

TO THE UNITED STATES DISTRICT JUDGE:

NOW COMES Richard S. Hoffman, attorney and gives Notice to the Court and to counsel for Plaintiff:

I.

A. I was served with Post Judgment discovery in the above case on or about October 17, 2004.

B. I represented the named defendant, Frank M. Tolley, in this civil action in this Court and in a bankruptcy proceeding in the United States Bankruptcy Court, Southern District of Texas.

C. This case ended with an Agreed Judgment that was signed by the Court on or about December 19, 2002. The Bankruptcy case ended with a discharge signed by the Court on or about February 24, 2003. I have not represented defendant since then.

D. I moved from the Southern District of Texas in June, 2003, although I still maintain an office space there. Because of that, I have had little communication from any prospective client and am unaware of any attempts by defendant to contact me or to

inform me of his whereabouts.

E. The previous address that I had for Frank M. Tolley is no longer good. I do not have a current address, have not been retained to represent him and am unable to forward discovery that was mailed to me.

F. I believe Mr. Tolley has valid objections to discovery and to continued post judgment collection efforts from Plaintiff but because of the above, I am unable to assert those objections and request that before being required to do so, that service of any pleadings or discovery be made on defendant personally.

Respectfully submitted,

By: _____  *Chelis Gonzales*
Richard S. Hoffman              *For Richard Hoffman*
Texas Bar No. 09787200
500 W. 16th Street #103
Austin, Texas 78701
Tel. (512)322-9800
Fax. (512)322-9802

## CERTIFICATE OF SERVICE

I certify that on November 12, 2004, a true and correct copy of this Notice of Non - Representation was served by facsimile and by certified mail, return receipt requested on Ramona S. Notinger at 214-880-9741 and to United States Department of Justice, 717 N. Harwood, Suite 400, Dallas, TX 75201.

_____
Richard S. Hoffman

Chelles Gonzales
for Richard Hoffman